| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION |

| | | |
|---|---|---|
| GWINDOLYN HICKS, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 7:21-cv-00003 |
| TRC SERVICES OF TEXAS, INC., | § § | |
| *Defendant*. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gwindolyn Hicks and Defendant TRC Services of Texas, Inc., (hereafter collectively referred to as the "Parties") respectfully request this case be dismissed with prejudice.

The Parties have reached a settlement that is fair and equitable. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this case with prejudice. The Court retains jurisdiction for purposes of effectuating the settlement.

- 2 -

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| MOORE & ASSOCIATES<br>Lyric Center<br>440 Louisiana, Ste. 1110<br>Houston, Texas 77002<br>Telephone: (713) 222-6775<br>Facsimile: (713) 222-6739 | GORDON REES SCULLY<br>MANSUKHANI LLP<br>1900 West Loop South, Suite 1000<br>Houston, Texas 77027<br>Telephone: (713) 4904827 |
| By: */s/ Melissa Moore*<br>Melissa Moore<br>Tex. Bar No. 24013189<br>melissa@mooreandassociates.net<br>Rochelle Owens<br>Tex. Bar No. 24048704<br>rochelle@mooreandassociates.net | By: Laure E. De Santos *with permission MAM<br>Laura E. De Santos<br>Tex. Bar No. 00793612<br>ldesantos@grsm.com<br>Cristina Guerrero<br>Tex. Bar No. 24058860<br>cxguerrero@grsm.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) as follows:

> Laura E. De Santos
> Cristina Guerrero
> GORDON REES SCULLY MANSUKHANI LLP
> 1900 West Loop South, Suite 1000
> Houston, Texas 77027
> *Attorney(s) for Defendant*

- ☐ mail
- ☐ personal delivery
- ☐ leaving it at ☐ office ☐ dwelling
- ☐ leaving it with court clerk
- ☐ electronic means
- ☐ other means
- ☒ CM/ECF system

January 6, 2022            *Melissa Moore* (signature)
Date                                                  Melissa Moore